GRELLAS SHAH LLP
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
DAVID I. SIEGEL, ESQ. (SBN 264247)
(dsiegel@grellas.com)
550 California St., Suite 1040
San Francisco, CA 94104
Telephone: (408) 255-6310
Facsimile: (408) 255-6350

Attorneys for Plaintiff
GREEN GRID, INC.

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREEN GRID, INC., a California Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ZIHAN YUAN, an individual, and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | Case No.　4:25-cv-06084-YGR<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

1  WHEREAS, Plaintiff Green Grid, Inc. ("Green Grid") has submitted an Ex Parte Application for Temporary Restraining Order and Order to Show Cause (the "Application") against Defendant Zihan Yuan ("Yuan" or "Defendant") for misappropriation of Green Grid's confidential and proprietary information and trade secrets;

WHEREAS, for purposes of this order Green Grid's confidential and proprietary information and trade secrets are defined as nonpublic information that relates to the actual or anticipated business, research or development of Green Grid, or to Green Grid's technical data or know-how, including, but not limited to, research, product plans or other information regarding Green Grid's products or services and markets therefor, customer lists and customers (including, but not limited to, customers of Green Grid on which Yuan called or with which Yuan became acquainted during the term of her employment), software, developments, inventions, processes, formulas, technology, designs, drawings, engineering, hardware configuration information, marketing, finances and other business information; and

WHEREAS, upon review of Green Grid's Ex Parte Application, the supporting declaration, exhibits, and the entire record in this matter, and good cause appearing, the Application is GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

(1) Zihan Yuan is enjoined from using, disclosing, or making available to any person or entity, any of Green Grid's confidential and proprietary information or trade secrets;

(2) Zihan Yuan is enjoined from assisting others in using, disclosing, disseminating, conveying, retaining, copying, obtaining, accessing, and retrieving Green Grid's confidential and proprietary information or trade secrets;

(3) Zihan Yuan is enjoined from destroying, deleting, or concealing evidence;

(4) Zihan Yuan is directed to identify all persons or entities to whom she has disclosed Green Grid's confidential and proprietary information or trade secrets; and

(5) Zihan Yuan is directed to return all Green Grid confidential and proprietary information or trade secrets.

**ORDER TO SHOW CAUSE**

No later than August 11, 2025, Defendant shall show cause why a preliminary injunction continuing in effect this Court's temporary restraining order shall not issue. Plaintiff may file a response no later than August 20, 2025. The hearing on the order to show cause will be held on August 22, 2025, at 8:30 a.m., in the Oakland courthouse, 1301 Clay Street, Oakland, CA 94612, Courtroom 1, 4th Floor.

DATED:   August 4, 2025

By: _____
Honorable Yvonne Gonzalez Rogers
United States District Judge